**Exhibit A to the Complaint**

**Location:** Georgetown, TX
**Total Works Infringed:** 37

**IP Address:** 74.192.139.150
**ISP:** Suddenlink Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1254BA4AAEE693A919416E31EEB6C34FCD193E8A<br>File Hash: 9FFC20C654174ED3F420224D0F041EFE19479564ABDBFFF760DB3852AF957A4C | 04-01-2022 11:47:21 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 2 | Info Hash: EE30AD377D847C670F99E12B8CA322C7E2F4AF82<br>File Hash: C18A196F93C213CE1B7C466F6C408CB3ADC682A0FC45BAF4178C1671166187BF | 04-01-2022 08:42:58 | Tushy | 02-10-2020 | 03-15-2020 | PA0002240548 |
| 3 | Info Hash: C63512EA2B5D6B4E62E0F43814D1676D789E1741<br>File Hash: D219F09C93EBC3D250D1319C6BD07BC52ED63445770CD322839A1AC7F6DC0D97 | 04-01-2022 08:14:29 | Blacked Raw | 09-29-2018 | 11-01-2018 | PA0002143425 |
| 4 | Info Hash: 4D526BC49BE1229E1E24E019F463CA502688EE61<br>File Hash: E40F04B1BB719F6EC59A74877FC16982D1B133F1B19621111F6DBEA64C7C756C | 04-01-2022 07:52:01 | Blacked Raw | 11-03-2018 | 12-10-2018 | PA0002145823 |
| 5 | Info Hash: 087F48B3217D2E0820B77F2148C948C7554A3DB3<br>File Hash: 12C918C8C8EDA6938DA59142FFCAC10473D1722C59C207AE294FC300B6D3E23E | 04-01-2022 07:39:00 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 6 | Info Hash: 5B9E0C271C4859C687EE484BD3F2B1642A3D49C8<br>File Hash: D97E62A705C2C5B200AD1FB1C3AFE05D81440818D62EDCE1C42436FAFC449813 | 04-01-2022 06:39:17 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 7 | Info Hash: 068BE7F416154828DCAA88C3DBEB997F0261D0EC<br>File Hash: 5BF10B83CC3D7F5F797BC9940BBF92FC0C656612E9F2AD897D992665FE374FC3 | 04-01-2022 05:57:15 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 8 | Info Hash: 31BCFE0C63140A09ADD23EB04EC95EBB7AD84C39<br>File Hash: 89E1C3784A48F5050C3F93E8C7226914FB3E32D58CC9ED07C231A2E465E14776 | 04-01-2022 05:52:32 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A5CABE566A0F8A13449F5AE110641855F2F8C22F<br>File Hash: 69665A92E55D8E99E80904163F3E16A562D4D2723003BFF4D44A131C04856D44 | 04-01-2022 05:47:14 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 10 | Info Hash: FB22FCFC289A0AC4F221946002BA955BF08A3A1B<br>File Hash: 5C9FB26DD21F7F2F68F21F22CF0CF7E6FFE244A4735F5CE5F8BB91A7F53A645E | 04-01-2022 05:45:48 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 11 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 04-01-2022 05:45:44 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 12 | Info Hash: 646B0DDB501DA42602505B9C7676F33A4F77720D<br>File Hash: 3FBA9AA010029A86E74DCDEBFABE89D128EEC64981A10FA1BDEFACCBFCC9C82A | 04-01-2022 05:33:49 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 13 | Info Hash: A174FBD1A4910CF6D76D9CBBBEDADCF288EDA71E<br>File Hash: F70894CE9C3025B58774F73570FEDBD622801A4BEA6EF144118C646F11800B28 | 04-01-2022 05:33:09 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 14 | Info Hash: 7305155D3B1796DF506B513F8A9E58AA7AAC6C39<br>File Hash: F5C15FFC929D749BB71F63C84A287BC94E20C3325091EBE2349C35BC588A6100 | 04-01-2022 05:29:55 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 15 | Info Hash: ADA181C87B7E79B57833E0FA2D22DB9BDE0B4714<br>File Hash: 7C59548ECF431D77C823751A5BF3399DFC2573E93416A7ED2A95E7A9B7D627C8 | 03-28-2022 03:32:07 | Blacked | 04-11-2020 | 04-22-2020 | PA0002237696 |
| 16 | Info Hash: AE5E870D8F949A3741E69FBA6203F095361DF9F5<br>File Hash: D90EFDA384181A39266A71879AB8163B9F54A4C27773B059A189B248D4E9E4FD | 03-28-2022 03:32:07 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 17 | Info Hash: 30EEC71B885C1F0687334DBB3F9FA55F3B2532AB<br>File Hash: 589C377E8202D2FD7B2F5A2B39CEAD40A9175019A71B2F2D55B46D9BB14A599E | 03-28-2022 03:13:15 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 95B9CF5CAF0E78C21913BDA68E42B394C45A7DEA<br>File Hash: AF63A8FF8E3D439EEC82F08904552769E5256206380DED58E6517F06037EE2E2 | 03-27-2022 20:44:29 | Vixen | 04-19-2017 | 06-16-2017 | PA0002069291 |
| 19 | Info Hash: C6B031623285724246EEB4FB6F380E4793DA809F<br>File Hash: 76861E7D6168992A9FE761E35158960108FB77265CE894B2DB79833F7FB06BCA | 03-08-2021 08:20:01 | Tushy | 03-02-2019 | 04-17-2019 | PA0002186902 |
| 20 | Info Hash: DCF579D0476D2FBDA02F4069AABF8054123AC8CA<br>File Hash: AC17DEC1D2A573A72628DDB91C14AA0405E0D646F9B1E771C16F21A191016162 | 03-07-2021 07:53:49 | Blacked Raw | 07-21-2019 | 08-27-2019 | PA0002213243 |
| 21 | Info Hash: 8C6C3452386150D8F3F68FC6FCE306D5C3AFF6B1<br>File Hash: 9E70B6E5C0B07D8E1E6CC625741DD1FC0F8F867124F70997C4E9BAC4592A83F8 | 09-20-2020 08:26:59 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 22 | Info Hash: 3DE62DFF576885B7305D62B0419C667533F40B34<br>File Hash: 02329E27EFBFE4E485A4484F03D07269CF83CDF6800B6A2A1DFCC2EE224C6D1E | 09-19-2020 19:20:45 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 23 | Info Hash: 84C83204B7C5E6A66BC0A6B10772D423CC45F99A<br>File Hash: DB7D06DFDCD271437A56390DF6A3200DAFECC7C3A4CEC3E0313810EB55C13C5C | 09-18-2020 15:24:10 | Tushy | 02-13-2019 | 03-11-2019 | PA0002158596 |
| 24 | Info Hash: 614D8265749F3B4C86CB30E400E3438D78175A64<br>File Hash: F2ABD9EA00A491822830A553498F93373783C0BB6847C116D0CE9F9C2859F225 | 09-17-2020 03:46:21 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 25 | Info Hash: 83054E8717F54F37FB0D8089604C331D055E5FFD<br>File Hash: 6ED7CF5803AE429B848DC80306CCC4A7F67837C6774AB8BAA7984F36C1921836 | 09-16-2020 03:47:58 | Blacked Raw | 03-30-2020 | 04-17-2020 | PA0002237303 |
| 26 | Info Hash: DD68B0A5DAC74EFDF8F3310424C7973DAC94F86D<br>File Hash: 84CA05B456A8CE8FADB601DE56FCF8B24C442D6CA9F2EEC72D4CAAAF3DD00E1A | 09-16-2020 03:45:18 | Blacked Raw | 02-01-2019 | 03-24-2019 | PA0002183205 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 2324C5F5D5A69EA8E4E66725822CCB5C57FF09ED<br>File Hash: 402EDA3E56A21A9FEF4FF7A3C194EF0CCFFDA3915F8A18EDD88FBA6F19E1E56B | 09-16-2020 03:44:59 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 28 | Info Hash: F41AFA8D8FF6BBF91FF6BBE51F58CA06DDF0BE5D<br>File Hash: 41F7ECFB05D6EFF50B3DA50ED78A373F11E2D78394E69C61339125712547E9E5 | 09-16-2020 03:44:49 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 29 | Info Hash: 737BAEDD2696FD143B73AAF96DC9CE34C0A23A18<br>File Hash: A8DE1F63C2B9E46A34E2F3FBA2D73F1CF4CD997B350708D1E7F7F20A7012C4CF | 09-16-2020 03:44:41 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 30 | Info Hash: 31580A8FFA7D67CFA6AD48FEB0F3EAFC293DF3F2<br>File Hash: 80EFDCABDAC61A00D30D9294DA7F87B18A9DD8CD83779C073B8990A84E478A7B | 09-16-2020 03:44:37 | Blacked Raw | 12-13-2018 | 02-02-2019 | PA0002154971 |
| 31 | Info Hash: 6BB237018BC7F36B47B64E3ACA4F13D74F9806E3<br>File Hash: 028A3CDE130F26E2949EC18B749CFFC2487207A35F67FE14ED5F5B41F78C9D5B | 09-16-2020 03:44:35 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 32 | Info Hash: 4700026C242B9D12B1CB9A29A3F3FDAA46EC7147<br>File Hash: DD1A048071BDB5198B2E6D4183BADE1888B4BED757D89CF15A7AAB2D5A91363B | 09-16-2020 03:44:29 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 33 | Info Hash: 7029C7577EF8E1741CFBFC4FEC6F872AD98C26C2<br>File Hash: EF361F2C822CBD9481183D1B62C8522BB322C62F2E43767A9E0F4D54586F65D1 | 09-16-2020 00:40:55 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 34 | Info Hash: 462BB9579F27BDDF810C93E14842EB3467A40CD9<br>File Hash: BB03D858C51CB64C46A1B464B6804F95C6D24E1269F414FA3117480530324E2D | 09-16-2020 00:40:51 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 35 | Info Hash: CCC18F5A002A0CB7B21A08E9554C9E42410FE28C<br>File Hash: D0B517D1A8B4652F3B62989485C3C66BC76ED175F26A654CFEEA2EBC91167B6D | 09-16-2020 00:40:46 | Vixen | 10-01-2017 | 10-10-2017 | PA0002086155 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7D61403DFA26AF17EBE9F16F196E3DA1B8178FBD<br>File Hash: E526C83E0FCFC38039E4D20C3A17D8F148CE7EA42779F7D774BA7A41F3C03DB0 | 09-16-2020 00:40:37 | Blacked | 04-25-2020 | 05-05-2020 | PA0002249013 |
| 37 | Info Hash: C45A3EA2C2ABD72463D43D65A4CE355BA796D689<br>File Hash: 0D956A10D40B77910F5D5C72C6E25607A6E726F74ED8D9EAB6A0A3B33CC80072 | 09-15-2020 21:25:04 | Tushy | 01-21-2020 | 02-20-2020 | PA0002237627 |